Hazie & McCloy vs. Police Jury of the Parish of Madison.

## No. 6185.

HAZIE & McCLOY, USE, ETC., VS. POLICE JURY OF THE PARISH OF MADISON.

Plaintiffs sue to recover seven thousand dollars under a certain contract with defendants. The only contract which defendants authorized to be made was to build a house not to exceed one thousand dollars in value. Certainly, under this authority the parish can not be made responsible for a building which cost seven thousand dollars.

But the ends of justice will be subserved by rendering a judgment of non-suit, instead of an absolute judgment against plaintiffs.

APPEAL from the Thirteenth Judicial District Court, parish of Madison. *Hough*, J. *E. D. & W. Farrar, T. P. Farrar,* and *E. H. Farrar,* for plaintiffs and appellants. *J. C. Seale,* for defendants and appellees.

LUDELING, C. J. This suit is to recover seven thousand dollars which they allege is due them under a contract with defendants. They pray that the defendants be decreed to pay said amount, or to deliver to them the building erected for the parish, with rents for the same. There was judgment rejecting the plaintiffs' demand, and they have appealed.

The only contract which the defendants authorized to be made was to build a house not to exceed one thousand dollars in value. Certainly, under this authority the parish can not be made responsible for a building which cost seven thousand dollars.

But we think the ends of justice will be subserved by rendering a judgment of non-suit, instead of an absolute judgment against the plaintiffs.

It is therefore ordered that the judgment of the lower court be reversed, and that there be a judgment of non-suit against the plaintiffs with costs of the lower court, costs of appeal to be paid by appellee.

## No. 6164.

THE CITIZENS' BANK VS. THE POLICE JURY OF THE PARISH OF CONCORDIA.

This is a suit on two promissory notes. Several grounds of defense are stated in the answer, but it is sufficient to notice only one of them; which is, that the police jury of the parish of Concordia had not the power to create a debt by borrowing money, or to bind the parish by issuing negotiable instruments by which to raise money.

APPEAL from the Thirteenth Judicial District Court, parish of Concordia. *Hough*, J. *Mayo & Spencer,* for plaintiff and appellant. *George S. Sawyer,* for defendant and appellee.

LUDELING, C. J. The plaintiff sued the defendant to recover the amount of eleven thousand dollars, with interest, evidenced by two promissory notes, one for five thousand dollars and the other for six thousand dollars, payable to the order of the Citizens' Bank of Louisiana and

264          SUPREME COURT OF LOUISIANA,

Citizens' Bank vs. Police Jury of the Parish of Concordia.

bearing eight per cent per annum after maturity and due twelve months after date. These notes state on their face that they are given for money loaned by the bank. Several grounds of defense are stated in the answer, but it is sufficient to notice only one of them, which is that the police jury of the parish of Concordia had not the power to create a debt by borrowing money, or to bind the parish by issuing negotiable instruments by which to raise money. See 23 An., pp. 190, 232, 251 ; 24 An. 451, Edwards vs. Parish of Bossier; 26 An. 59; and Mathé vs. Parish of Plaquemines, 27 An.

It is therefore ordered that the judgment of the court *a qua* be affirmed with costs of appeal.

Rehearing refused.